UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JULIO SMITH PARRA, | 3:11-cv-00913-ECR (WGC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 8, 2012. |
| HOWARD SKOLNIK, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On June 7, 2012, Plaintiff filed a Motion for Early Production of "Giglio" Material. (Doc. # 13.) Defendants opposed. (Doc. # 16.)

In *Giglio v. United States*, 405 U.S. 150 (1972), the Supreme Court held that when the reliability of a witness may be determinative of guilt or innocence in a *criminal case*, nondisclosure of the evidence regarding credibility falls within the ambits of *Brady v. Maryland*, 373 U.S. 83 (1963), which requires that the prosecution disclose exculpatory material to the defense.

Neither *Giglio* nor *Brady* are applicable to Plaintiff's civil rights action brought under 42 U.S.C. § 1983. Accordingly, Plaintiff's motion (Doc. # 13) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk