UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JULIO SMITH PARRA, | 3:11-cv-00913-ECR (WGC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 8, 2012. |
| HOWARD SKOLNIK, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On June 7, 2012, Plaintiff filed a Motion for Early Disclosure of Jencks Act Materials. (Doc. # 14.) Defendants opposed. (Doc. # 17.)

This act, codified at 18 U.S.C. § 3500, governs demands for production of statements and reports of witnesses in *criminal* prosecutions, and is inapplicable to Plaintiff's civil rights action brought pursuant to 42 U.S.C. § 1983. Discovery in this civil action is governed by the Federal Rules of Civil Procedure and Local Rule 16-1(b), and Plaintiff may not commence discovery until a scheduling order is entered. Accordingly, Plaintiff's motion (Doc. # 14) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk