# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO SMITH PARRA, | 3:11-cv-00913-ECR (WGC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 8, 2012. |
| HOWARD SKOLNIK, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE OGDEN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On August 6, 2012, Plaintiff filed a motion requesting that the court issue an order that Defendants respond to the Complaint. (Doc. # 23.) Defendants subsequently filed an Answer to the Complaint. (Doc. # 25.) Accordingly, Plaintiff's motion (Doc. # 23) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk