UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JULIO SMITH PARRA, | ) | 3:11-cv-00913-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | March 12, 2013 |
| | ) | |
| HOWARD SKOLNIK, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  Katie Lynn Ogden  </u>   REPORTER:  <u>          FTR          </u>

COUNSEL FOR PLAINTIFF:  <u> Julio Smith Parra, In Pro Per (Telephonically) </u>

COUNSEL FOR DEFENDANT(S):  <u> Elizabeth Hickman (Telephonically) </u>

**MINUTES OF PROCEEDINGS:**  Motion Hearing

10:00 a.m. Court Convenes.

The court addresses plaintiff's "Motion to Hold Defendants and Defendants' Attorney in Contempt for Failing to Provide Discovery Material's Before the Above-Entitled Court" (Dkt. #70).

Plaintiff explains to the court that he is seeking an audio recording from an incident that occurred on May 13, 2010.  Mr. Parra explains it is his understanding that, based on the "Offense Custody Record" document (Dkt. #70, pg. 8), there appears to be an audio recording of the investigative interview with Richard Ashcraft.

Ms. Hickman represents, to the best of her knowledge and from the representations of her clients, there is no audio tape recording of the investigation with Richard Ashcraft.  Ms. Hickman reiterates that defendants have produced all documents related to the investigative report.

In view of the defendants' representation that an audio recording of the May 13, 2010, investigative interview does not exists, that defendants have produced all documents related to the investigative report,  and without credible evidence that there is an audio recording of the investigative interview, plaintiff's "Motion to Hold Defendants and Defendants' Attorney in Contempt for Failing to Provide Discovery Material's Before the Above-Entitled Court" (Dkt. #70) is **DENIED**.

**MINUTES OF PROCEEDINGS**
3:11-cv-00913-LRH-WGC
Date: March 12, 2013
Page 2

**IT IS SO ORDERED.**

10:19 a.m. Court Adjourns.

                                        LANCE S. WILSON, CLERK

                                        By: _____/s/_____
                                            Katie Lynn Ogden, Deputy Clerk