UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

JULIO SMITH PARRA,            )
                              )
      Plaintiff,         )   3:11-cv-00913-LRH-WGC
                              )
v.                            )
                              )   O R D E R
HOWARD SKOLNIK, *et al.*,     )
                              )
      Defendants.       )
_____)

       Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#58[1]) entered on January 4, 2013, recommending denying Plaintiff's Motions for Summary Judgment (#35, 44) filed on August 17, 2012 and October 9, 2012, respectively . Plaintiff filed his Objection to Magistrate Judge's Report and Recommendation (#65) on January 24, 2013. Defendants have not filed a response to Plaintiff's Objection. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

       The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to court's docket number.

1  Judge's Report and Recommendation (#58) entered on January 4, 2013, should be adopted and
2  accepted.
3     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#58)
4  entered on January 4, 2013, is adopted and accepted, and Plaintiff's Motions for Summary Judgment
5  (##35, 44) are DENIED.
6     IT IS SO ORDERED.
7     DATED this 25th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE